# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTRELL TEEN,

        Plaintiff,

      v.                              Case No. 3:18-cv-00013-JPG-MAB

BARBARA and BRANDY,

        Defendants.

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

Plaintiff Antrell Teen—a detainee at the St. Clair County Jail—filed this Eighth Amendment case against a few nurses at the facility, alleging that they were deliberately indifferent to his medical needs. (*See generally* ECF No. 6.) On November 1, 2018, the magistrate judge in this case held an evidentiary hearing pursuant to *Pavey v. Conley*, 544 F.3d 739 (7th Cir. 2008) to determine if Teen properly exhausted his administrative remedies before filing suit: a prerequisite of the Prison Litigation Reform Act. 42 U.S.C. § 1997e(a). The magistrate judge then issued a Report and Recommendation ("Report") finding Teen's testimony credible that he did indeed submit grievances relating to his dental care, and accordingly recommending that this Court deny the defendants' motion for summary judgment. (ECF No. 35.) The defendants have since objected to the Report on the basis that the magistrate judge's credibility finding was faulty. (ECF No. 37.)

The Court may accept, reject, or modify—in whole or in part—the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those

unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

Here, the Court has reviewed the record *de novo* and finds no basis to disturb the magistrate judge's credibility determination. Specifically, the Court has reviewed the entire transcript from the *Pavey* hearing (ECF No. 36)—and while the Court is mindful of the defendants' arguments about Teen's general lack of credibility—there is nothing specific in the transcript that gives this Court a basis to overturn Magistrate Judge Williams's findings. Accordingly, the Court must **ADOPT** the Report and Recommendation in its entirety (ECF No. 35), **FIND** that Teen exhausted his administrative remedies before filing suit, and **DENY** the defendants' motion for summary judgment (ECF No. 21).

**IT IS SO ORDERED.**

**DATED:  FEBRUARY 5, 2019**

*s/ J. Phil Gilbert*
**J. PHIL GILBERT**
**U.S. DISTRICT JUDGE**
